```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 27880
    WILLIAM C PHILLIPS
    MELISSA ANN PHILLIPS                        CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-4336      SSN XXX-XX-1092


---------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/13/05 and confirmed on 09/19/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  56238.35 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LASALLE STATE BANK | SECURED VEHIC | 15350.00 | 1633.96 | 15350.00 |
| LASALLE STATE BANK | SECURED VEHIC | 11225.00 | 1194.86 | 11225.00 |
| PERSONAL FINANCE | SECURED | 500.00 | 37.36 | 500.00 |
| HEIGHTS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2015.56 | .00 | 629.20 |
| ANTHONY B D'SOUZA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BHURJI SINGH MD | UNSECURED | 171.20 | .00 | 53.44 |
| AXCESS RCVRY & CREDIT SO | UNSECURED | 1291.50 | .00 | 403.17 |
| CHRIST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 14092.84 | .00 | 4399.41 |
| COMMUNITY HOSPITAL OTTAW | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| DD DHARKAR MD | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION SYSTEMS OF FR | UNSECURED | 221.28 | .00 | 69.08 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HEIGHTS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | NOT FILED | .00 | .00 |
| JCN BROWN | UNSECURED | NOT FILED | .00 | .00 |
| KENNETH R MCEVOY | UNSECURED | NOT FILED | .00 | .00 |
| KENNETH R MCEVOY | UNSECURED | 2325.39 | .00 | 725.93 |
| LASALLE STATE BANK | UNSECURED | 1129.58 | .00 | 352.63 |

```
MENDOTA COMMUNITY HOSPIT  UNSECURED        386.13              .00          120.54
MENDOTA FIRE & EMS        UNSECURED      NOT FILED             .00             .00
MERCY HOSPITAL            UNSECURED      NOT FILED             .00             .00
MIDWEST COLLECTION        UNSECURED      NOT FILED             .00             .00
OMNIUM WORLDWIDE INC      UNSECURED      NOT FILED             .00             .00
PERSONAL FINANCE          UNSECURED       3449.70              .00         1076.91
PSYCHIATRIC ASSOCIATES    UNSECURED      NOT FILED             .00             .00
OTTAWA MEDICAL CENTER     UNSECURED      NOT FILED             .00             .00
REGINA B BIELKUS MD       UNSECURED      NOT FILED             .00             .00
ROBERT B WESSNER MD       UNSECURED      NOT FILED             .00             .00
ROCKFORD NEUROLOGICAL CO  UNSECURED      NOT FILED             .00             .00
RUSH COPLEY MEDICAL CENT  UNSECURED      NOT FILED             .00             .00
SFC CENTRAL BANKRUPTCY    UNSECURED        355.19              .00          110.88
SHANLEYS TV & APPLIANCE   UNSECURED      NOT FILED             .00             .00
SHERMETA ADAMS & VON ALL  UNSECURED      NOT FILED             .00             .00
ST ANTHONY MEDICAL CENTE  UNSECURED      NOT FILED             .00             .00
SUN FINANCE               UNSECURED      NOT FILED             .00             .00
VS TERVIS MD              UNSECURED      NOT FILED             .00             .00
VALLEY WEST COMMUNITY HO  UNSECURED      NOT FILED             .00             .00
IOWA COLLEGE AID COMMISS  UNSECURED      27837.21              .00         8690.04
WORLD ACCEPTANCE CORP     UNSECURED        729.00              .00          227.57
ATUL SHETH MD             UNSECURED      NOT FILED             .00             .00
LASALLE STATE BANK        UNSECURED       9360.37              .00         2922.06
LASALLE STATE BANK        UNSECURED        658.44              .00          205.55
COMED                     UNSECURED       1437.80              .00          448.84
ROCKFORD MERCANTILE AGEN  UNSECURED        788.38              .00          246.11
AMERICASH LOANS           UNSECURED        743.57              .00          232.12
     Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 27075.00         .00     66993.14          .00      94068.14
PRINCIPAL PAID     27075.00         .00     20913.48          .00      47988.48
INTEREST PAID       2866.18         .00          .00          .00       2866.18
TOTAL PAID         29941.18         .00     20913.48          .00      50854.66
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   2425.34 .

Refunds to the Debtor totaled $    258.35 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/09/09                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                          PAGE   3
   CASE NO. 05 B 27880 WILLIAM C PHILLIPS & MELISSA ANN PHILLIPS
```